

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **PENN VIRGINIA OIL & GAS CORPORATION,** | ) ) ) | Civil Action No. 1:06cv00090 |
| Petitioner, | ) ) ) | **FINAL JUDGMENT AND ORDER** |
| v. | ) ) | |
| **CNX GAS COMPANY, LLC,** | ) ) | By: GLEN M. WILLIAMS Senior United States District |
| Respondent. | ) | Judge |

This case comes before the court on request for review of a prior arbitration proceeding between the petitioner, Penn Virginia Oil & Gas Corporation, ("Penn Virginia"), and the respondent, CNX Gas Corporation, LLC, ("CNX"). Penn Virginia filed an application with the court seeking the confirmation of an arbitration award, (Docket Item No. 1), ("Complaint"). Thereafter, CNX filed a motion to vacate the arbitration award, (Docket Item No. 7.), ("Motion to Vacate"), which is currently before the court. The case was referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge submitted a report and recommended disposition of this case recommending the court deny the respondent's Motion to Vacate and enter judgment in favor of the petitioner, (Docket Item No. 20). The respondent objected to the Magistrate Judge's report by filing CNX Gas Company LLC's Objections to Report and Recommendation, (Docket Item No. 21), ("Objections"), on March 13, 2007. The court, upon a review of the record, is of

the opinion that the Magistrate Judge's report should be affirmed.

Thus, for the reasons detailed in the Magistrate Judge's report and recommendation, the respondent's Motion to Vacate is hereby **DENIED**, and judgment is hereby entered in favor of the petitioner confirming the arbitration panel's award.

The Clerk is directed to enter this Order and to send copies of this Order to all counsel of record. The Clerk is further directed to close this matter and strike it from the court's docket.

**ENTER:** This 15 day of March, 2007.

/s/ Glen M. Williams
THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE